NUMBER 13-04-376-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN RE CEDRIC NICKERSON A/K/A CEDRIC WEBB 
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Wittig


 
Per Curiam Memorandum Opinion

         Relator, Cedric Nickerson A/K/A Cedric Webb, filed a petition for writ of
mandamus, and a motion to file same, in the above cause on July 23, 2004. The
Court, having examined and fully considered the petition for writ of mandamus, is of
the opinion that relator has not shown himself entitled to the relief sought. 

Accordingly, the motion and petition for writ of mandamus are DENIED. See Tex. R.
App. P. 52.8. 
                                                                                 PER CURIAM


Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this 17th day of August, 2004.